**SEALED**

**FILED**
FEB 27 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:14-CR-0054 MCE |
| --- | --- |
| Plaintiff, | ) |
| v. | ) ORDER TO SEAL |
| DENISE ERIKA WASICKI, aka Denise Erika Moutrey, and aka Jackie Stemmons, | ) (UNDER SEAL) |
| Defendant. | ) |

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 2/27/14

_____
ALLISON CLAIRE
United States Magistrate Judge

Petition to Seal Indictment and
[Proposed] Order

3