**FILED**

AUG 0 8 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>**DENISE ERIKA WASICKI,**<br>   aka Denise Erika Moutrey, and<br>   aka Jackie Stemmons, | CASE NO. 2:14-CR-0054 MCE<br><br>[~~PROPOSED~~] ORDER UNSEALING INDICTMENT AND ARREST WARRANT |

The government's request to unseal the criminal indictment and arrest warrant in the above case is **GRANTED**.

**SO ORDERED.**

DATED: 8/8/14

_____
HON. DALE A. DROZD
U.S. Magistrate Judge

[Proposed] Order Unsealing Criminal Indictment and Arrest Warrant

1