HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org


Attorney for Defendant
DENISE ERIKA WASICKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-0054 MCE |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| vs. | |
| DENISE ERIKA WASICKI, | Date:   December 18, 2014 |
| Defendant. | Time:   9:00 a.m. |
| | Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Denise Wasicki, and plaintiff, United States of America that the status conference scheduled for December 18, 2014, may be rescheduled for January 29, 2015, at 9:00 a.m. and time under the Speedy Trial Act excluded as set forth below.

Discovery is not complete in this case – the government has additional discovery to provide and the defense desires additional time to review the discovery that has been provided thus far.  The parties agree that the status conference should be continued in order to permit this review and agree that the ends of justice served by this continuance

outweigh the best interests of the public and the defendant in a speedy trial.  The parties therefore ask that time under the Speedy Trial Act be excluded through January 29, 2015, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  December 15, 2014        /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for DIANE WASICKI

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated:  December 15, 2014        /s/  T. Zindel for A. Espinoza
                                        ANDRE ESPINOZA
                                        Assistant U.S. Attorney

# O R D E R

The status conference is continued to January 29, 2015, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through January 29, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED:  December 24, 2014

                                        MORRISON C. ENGLAND, JR, CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT