HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DENISE ERIKA WASICKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>DENISE ERIKA WASICKI,<br><br>   Defendant. | Case No. 2:14-CR-0054 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   January 29, 2015<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Denise Wasicki, and plaintiff, United States of America that the status conference scheduled for January 29, 2015, may be rescheduled for March 19, 2015, at 9:00 a.m. and time under the Speedy Trial Act excluded as set forth below.

The government has provided additional discovery to provide and the defense desires additional time to review the discovery that has been provided to date and to consult with Ms. Wasicki and the government.  The parties agree that the status conference should be continued in order to permit this review and agree that the ends of

-1-

justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties therefore ask that time under the Speedy Trial Act be excluded through March 19, 2015, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                          Respectfully Submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Dated: January 26, 2015          /s/ T. Zindel
                                          TIMOTHY ZINDEL
                                          Assistant Federal Defender
                                          Attorney for DIANE WASICKI

                                          BENJAMIN WAGNER
                                          United States Attorney

Dated: January 26, 2015          /s/ T. Zindel for A. Espinoza
                                          ANDRE ESPINOZA
                                          Assistant U.S. Attorney

## O R D E R

The status conference is continued to March 19, 2015, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through March 19, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: January 28, 2015

                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT