HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DENISE ERIKA WASICKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>DENISE ERIKA WASICKI,<br><br>  Defendant. | Case No. 2:14-CR-0054 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   March 19, 2015<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Denise Wasicki, and plaintiff, United States of America that the status conference scheduled for March 19, 2015, may be rescheduled for April 23, 2015, at 9:00 a.m. and time under the Speedy Trial Act excluded as set forth below.

The government has provided additional discovery to the defense; the defense seeks additional time to review the discovery that has been provided to date and to consult with Ms. Wasicki and the government.  The parties agree that the status conference should be continued in order to permit this review and agree that the ends of

justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial.  The parties therefore ask that time under the Speedy Trial Act be excluded through April 23, 2015, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV).

                                  Respectfully Submitted,

                                  HEATHER E. WILLIAMS
Federal Defender

Dated:  March16, 2015           /s/ T. Zindel
                                TIMOTHY ZINDEL
                                Assistant Federal Defender
                                Attorney for DIANE WASICKI

                                BENJAMIN WAGNER
                                United States Attorney

Dated:  March 16, 2015          /s/  T. Zindel for A. Espinoza
                                ANDRE ESPINOZA
                                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to April 23, 2015, at 9:00 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through April 23, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:  March 19, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT