HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
DENISE ERIKA WASICKI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  vs.  DENISE ERIKA WASICKI,  Defendant. | Case No. 2:14-CR-0054 MCE  **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**  Date:   April 23, 2015  Time:   9:00 a.m.  Judge:  Hon. Morrison C. England |

It is hereby stipulated and agreed between defendant, Denise Wasicki, and plaintiff, United States of America that the status conference scheduled for April 23, 2015, may be vacated and a change of plea hearing scheduled for May 14, 2015, at 9:00 a.m., with time under the Speedy Trial Act excluded as set forth below.

The government and Ms. Wasicki have reached a plea agreement but additional time is needed for Ms. Wasicki to arrange affordable travel to California from her home in Georgia.  The parties therefore agree that the status conference may be vacated and the case scheduled for change of plea on May 14, 2015.  The parties also ask that time

under the Speedy Trial Act be excluded through April 23, 2015, pursuant to 18 U.S.C. § 3161(h)(1)(g) and (h)(7)(a) and (b)(IV), to assure the availability of Ms. Wasicki and her counsel for the hearing.

                                        Respectfully Submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated: April 21, 2015              /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for DIANE WASICKI

                                        BENJAMIN WAGNER
                                        United States Attorney

Dated: April 21, 2015              /s/ T. Zindel for A. Espinoza
                                        ANDRE ESPINOZA
                                        Assistant U.S. Attorney

## O R D E R

The status conference is vacated and a hearing on change of plea is set for May 14, 2015, at 9:00 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 14, 2015, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: April 24, 2015

                                        MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                        UNITED STATES DISTRICT COURT